## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**VERTIE STAPLES, on behalf of herself**
**and all others similarly situated**                                                        **PLAINTIFF**

**v.**                                **NO. 5:07-CV-00214**

**BATESVILLE CASKET COMPANY, INC.**                                  **DEFENDANT**

### ORDER TO SEAL DOCUMENT

On this 19th day of December, 2007, there is presented to the Court the motion of defendant Batesville Casket Company, Inc. to seal the Affidavit of Jess Askew, III, filed in support of its Motion for Protective Order, and the Court finds that said motion should be granted.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the Affidavit of Jess Askew, III be filed under seal.

_____
UNITED STATES DISTRICT JUDGE