**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**GARRY CLAYTON, on behalf of
himself and all others similarly
situated**                                                                                          **PLAINTIFF**

**V.**                                        **5:07CV214JMM**

**BATESVILLE CASKET COMPANY, INC.**                           **DEFENDANT**

**ORDER**

Pending is the Plaintiff's motion to strike. (Docket # 78). Plaintiff asks the Court to strike Defendant's reply briefs. It is this Court's practice to accept reply briefs filed by the parties upon timely request. Accordingly, Plaintiff's motion is denied.

IT IS SO ORDERED this 22nd day of February, 2008.

_____
James M. Moody
United States District Judge