**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| **GARRY CLAYTON, On Behalf of himself** <br> **and all others similarly situated** | **PLAINTIFF** |
| **v.**   Case No. 5:07-CV-00214 JMM | |
| **BATESVILLE CASKET** <br> **COMPANY, INC.** | **DEFENDANT** |

**ORDER TO SEAL DOCUMENT**

On this 4th day of March, 2009, there is presented to the Court the Motion of Plaintiff, Garry Clayton to seal the Affidavit of Don Johnston, Exhibit 1 filed in Support of Motion for Class Certification, and the Court finds said Motion should be granted.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the Affidavit of Don Johnston be filed under seal.

_____
HONORABLE JAMES M. MOODY
UNITED STATES DISTRICT JUDGE