IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GARRY CLAYTON, On Behalf
of himself and all others similarly
situated                                                                                                      PLAINTIFF

V.                                          5:07CV00214 JMM

BATESVILLE CASKET COMPANY, INC.                                          DEFENDANT

## ORDER

Pending is Plaintiff's motion for voluntary dismissal without prejudice. (Docket # 156). For good cause shown, the motion is granted. Plaintiff's complaint is hereby dismissed without prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 1st day of October, 2009.

_____
James M. Moody
United States District Judge